**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 14-81057-CIV-DIMITROULEAS**

UNITED UNION OF ROOFERS,
WATERPROOFERS & ALLIED WORKERS
LOCAL UNION NO. 8, Individually and on
Behalf of All Others Similarly Situated,

       Plaintiff,

vs.

OCWEN FINANCIAL CORPORATION,
RONALD M. FARIS, JOHN V. BRITTI
and WILLIAM C. ERBEY

       Defendants.

_____/

**ORDER DEFERRING RULING ON MOTIONS TO APPOINT
LEAD COUNSEL; LEAD PLAINTIFF; TO CONSOLIDATE**

THIS CAUSE is before the Court upon the following Motions in three related cases:

CASE NO. 9:14-cv-81057-WPD

1. Robert Moncavage's Motion to:   (1) Consolidate Related Actions; (2) Appoint Lead Plaintiff; and Approve Lead Plaintiff's Selection of Counsel [DE 14];

2. Motion of the Institutional Investor's Group for Appointment as Lead Plaintiff, Approval of Lead Plaintiff's Selection of Co-Lead and Liaison Counsel and Consolidation of Related Actions [DE 15];

3. The Institutional Investor Group's Motion for Consolidation, Appointment as Lead Plaintiff, Approval of its Selection of Co-Lead Counsel [DE 17];

4. Motion of the Retirement Systems for Consolidation of Related Actions, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel [DE 18];

5. Motion of Sjunde Ap-Fonden for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of its Selection of Counsel [DE 19];

6. Motion of the Ironworker Funds for Consolidation of Related Actions, Appointment of

1

      Lead Plaintiff and Approval of Counsel [DE 20];[1]

7. Motion of UFCW Local 1500 Pension Fund for Consolidation of Related Actions, Appointment of Lead Plaintiff and Approval of Selection of Counsel [DE 21];

CASE NO. 9:14-cv-81064-WPD

1. Motion of the Institutional Investor's Group for Appointment as Lead Plaintiff, Approval of Lead Plaintiff's Selection of Co-Lead and Liaison Counsel and Consolidation of Related Actions [DE 18];

2. The Institutional Investor Group's Motion for Consolidation, Appointment as Lead Plaintiff, Approval of its Selection of Co-Lead Counsel [DE 19];

3. Motion of the Retirement Systems for Consolidation of Related Actions, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel [DE 20];

4. Motion of UFCW Local 1500 Pension Fund for Consolidation of Related Actions, Appointment of Lead Plaintiff and Approval of Selection of Counsel [DE 21];

5. Motion of the Ironworker Funds for Consolidation of Related Actions, Appointment of Lead Plaintiff and Approval of Counsel [DE 22];

CASE NO. 9:14-cv-81076-WPD

1. Motion of the Institutional Investor's Group for Appointment as Lead Plaintiff, Approval of Lead Plaintiff's Selection of Co-Lead and Liaison Counsel and Consolidation of Related Actions [DE 13];

2. The Institutional Investor Group's Motion for Consolidation, Appointment as Lead Plaintiff, Approval of its Selection of Co-Lead Counsel [DE 14];

3. Motion of the Retirement Systems for Consolidation of Related Actions, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel [DE 15];

4. Motion of UFCW Local 1500 Pension Fund for Consolidation of Related Actions, Appointment of Lead Plaintiff and Approval of Selection of Counsel [DE 16]; and

5. Motion of the Ironworker Funds for Consolidation of Related Actions, Appointment of Lead Plaintiff and Approval of Counsel [DE 17].

---

[1] This includes the Corrected Motion of the Ironworker Funds for Consolidation of Related Actions, Appointment of Lead Plaintiff and Approval of Counsel [DE 22].

The Court has carefully considered the Motions listed above and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that the Court will defer ruling on the Motions listed above until October 27, 2014 to allow an opportunity for responses to be filed.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of October 2014.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record

3