**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case 14-81057 CIV-WPD**

_____

IN RE OCWEN FINANCIAL CORPORATION
SECURITIES LITIGATION

_____

### ORDER OF CONSOLIDATION

THIS CAUSE is before the Court on the Unopposed Motion for Consolidation [DE 60] (the "Motion"), filed herein on July 28, 2015 in Case No. 15-80899-CIV-WPD, and the Supplemental Authority in support of the Motion [DE 62]. The Court has carefully reviewed the Motion and is otherwise fully advised in the premises.

The Court finds good cause to grant the requested consolidation. However, the Court declines to order pre-emptively that all securities actions subsequently filed in this Court or transferred to this Court involving issues of law and fact common to the Consolidated Action.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Motion to Consolidate [DE 60] is **GRANTED**;

2. Case No. 14-CIV-81507-WPD and Case No. 15-80899-CIV-WPD are hereby **CONSOLIDATED** for all purposes, including pre-trial proceedings and trial, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure;

3. Every pleading and paper filed in these consolidated actions (the "Consolidated Action"), shall bear the above caption;

4. Case No. 15-80899-CIV-WPD is hereby **CLOSED** and any pending motions are **DENIED AS MOOT**. Any documents filed in Case No. 15-80899-CIV-WPD in the future shall be automatically stricken;

1

5. The Clerk shall place a copy of this Order in Case No. 15-80899-CIV-WPD and Case No. 14-81507-CIV-WPD, thereby indicating that the cases have been consolidated;

6. The consolidation of these actions is for the procedural and administrative convenience of the Court and the Parties and does not constitute a waiver or compromise of any right any of the Parties would otherwise have;

7. The Court's August 15, 2014 Order Requiring Counsel to Meet, File Joint Scheduling Report and Joint Discovery Report [DE 4] applies to this consolidated action, in addition to any other scheduling orders in 14-81507-CIV-WPD; and

8. The Consolidated Amended Class Action Complaint in 14-81057-CIV-WPD is now the operative complaint in 15-80899-CIV-WPD.

**DONE AND SIGNED** in Chambers at Fort Lauderdale, Broward County, Florida, this 31st day of July 2015.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record

2