UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-81057-CIV-WPD

_____

IN RE OCWEN FINANCIAL CORPORATION
SECURITIES LITIGATION

_____

### ORDER GRANTING PLAINTIFFS' MOTION TO FILE UNDER SEAL

THIS CAUSE is before the Court upon Plaintiffs' July 7, 2017 Motion to File Under Seal [DE 302] (the "Motion"). The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion [DE 302] is hereby **GRANTED**. The Court approves and authorizes filing under seal of (i) Plaintiffs' Motion *in Limine* No. 10: To Exclude the Report of the Special Litigation Committee of Ocwen Financial Corporation, and Incorporated Supporting Memorandum of Law [DE 299]; and (ii) the Report of the Special Litigation Committee of Ocwen Financial Corporation (the "SLC Report") [DE 300-12] for a period of two (2) business days or until further order of this Court, whichever is earlier. Any person seeking to maintain the confidentiality of any documents or information that is the subject of this Order beyond (2) business days from the date of this Order must show cause within one (1) business day of this Order.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 10th day of July, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record