UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re Ocwen Financial Corporation Securities Litigation | Case No. 14-81057-cv-WPD |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO FILE UNDER SEAL [D.E. 302] PURSUANT TO COURT'S ORDER [D.E. 303]**

On July 10, 2017, the Court ordered that "any person seeking to maintain the confidentiality of [D.E. 299 & 300-12] beyond two business days from the date of this Order must show cause within one (1) business day of this Order." For the following reasons, D.E. 299 & D.E. 300-12 should remain under seal until further Order of the Court:

1. On July 7, 2017, Plaintiffs filed under seal D.E. 299 (Plaintiffs' Motion *In Limine* No. 10: To Exclude The Report of the Special Litigation Committee of Ocwen Financial Corporation, and Incorporated Memorandum of Law), along with D.E. 300-12 (the Special Litigation Committee Report sought to be excluded by Plaintiffs' Motion *In Limine* No. 10). Defendants have notified Plaintiffs that they are withdrawing D.E. 300-12 as a trial exhibit.

2. Plaintiffs predicated their request that the Court unseal D.E. 299 & D.E. 300-12 on the basis of Defendants' designation of D.E. 300-12 as a potential trial exhibit. Because Defendants have now withdrawn D.E. 300-12 as a trial exhibit, Plaintiffs no longer have a basis to unseal the document.

3. In addition, D.E. 300-12 contains confidential and personal information, the unsealing of which would potentially embarrass non-party individuals.

4. Defendants designated D.E. 300-12 confidential upon production to Plaintiffs; therefore, the document is protected by the Stipulated Protective Order. [*See* D.E. 93-1].

Contrary to Plaintiffs' contention [*see* D.E. 302 at 1] that the Stipulated Protective Order "is not applicable to trial," the Stipulated Protective Order in this case provides that: "To the extent Protected Documents or any portion thereof containing Confidential Discovery Material are used in depositions or at trial, such Protected Documents or Confidential Discovery Material shall remain subject to this Order, along with the transcript pages of the deposition testimony and/or trial testimony referencing the Protected Documents and/or Confidential Discovery Material." [D.E. 93-1 at 6].

5.  Plaintiffs claim that Judge Snow ruled that the Stipulated Protective Order is not applicable as trial nears, but Judge Snow stated in her Order that "[t]he public's right to access is not absolute" and then proceeded to "balance the competing interests in deciding whether" the confidential documents at issue in that Order "should be publicly available." [D.E. 275 at 4]. D.E. 300-12 contains potentially embarrassing information concerning non-party individuals' termination from their employment at Ocwen, counseling in favor of preserving the confidentiality of the document. On the other hand, Defendants have withdrawn their designation of D.E. 300-12 as a trial exhibit, so there no longer is a competing public interest for access to this confidential document. *Cf.* D.E. 275 at 5-6 (deciding that public interest in access to document outweighed confidentiality interest where documents "will likely be admitted at trial" and are "already filed as exhibits for consideration in connection with dispositive motions").

For these reasons, Defendants' respectfully request that the Court order that D.E. 299 & D.E. 300-12 remain under seal until further Order of the Court, or provide such other relief as the Court deems proper. A proposed Order is affixed hereto.

Dated: July 11, 2017

        GREENBERG TRAURIG, P.A.
        401 East Las Olas Boulevard, Suite 2000
        Fort Lauderdale, Florida  33301
        Telephone:     (954) 765-0500
        Facsimile:      (954) 765-1477

        */s/ Jeffrey Allan Hirsch*
        JEFFREY ALLAN HIRSCH
        Florida Bar No. 199850
        Email: hirschj@GTLAW.com

        -and-

        KRAMER LEVIN NAFTALIS & FRANKEL LLP
        1177 Avenue of the Americas
        New York, New York 10036
        Telephone: 212-715-9100
        Facsimile: 212-715-8456

        */s/ John P. Coffey*
        John P. Coffey
        Jonathan M. Wagner
        Jason M. Moff

        *Attorneys for Defendants Ocwen Financial Corporation, William C. Erbey, and Ronald M. Faris*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 11th day of July 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by the ECF System.

                               *s/ Jeffrey Allan Hirsch*
                               JEFFREY ALLAN HIRSCH

## SERVICE LIST

### IN RE OCWEN FINANCIAL CORPORATION SECURITIES LITIGATION
### Case 14-81057 CIV-WPD

*Lead Counsel for Lead Plaintiff AP7 and the Class*
Joshua A. Katz, Esquire
James Sallah, Esquire
Jeffrey Cox, Esquire
SALLAH AST ARITA & COX, LLC
2255 Glades Road, Suite 300E
Boca Raton, Florida 33431
Telephone: 561-989-9080
Facsimile: 561-989-9020
Email: jak@sallahlaw.com
jlc@sallahlaw.com; jds@sallahlaw.com

and

David Kessler, Esquire
Lee Rudy, Esquire
Sharan Nirmul, Esquire, Esquire
Richard A. Russo, Jr. , Esquire
Michelle M. Newcomer, Esquire
Meredith L. Lambert, Esquire
Nathan Hasiuk, Esquire
KESSLER TOPAZ
MELTZER & CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
Facsimile: 610-667-7056
Email: dkessler@ktmc.com;
lrudy@ktmc.com; snirmul@ktmc.com;
rrusso@ktmc.com; mnewcomer@ktmc.com;
mlambert@ktmc.com; nhasiuk@ktmc.com

Jennifer L. Joost (admitted *pro hac vice*)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: 415-400-3000
Facsimile: 415-400-3001
Email: jjoost@ktmc.com

*Counsel for all Defendants*
Jeffrey Allan Hirsch, Esquire
GREENBERG TRAURIG, P.A.
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, Florida 33301
Telephone: 954-765-0500
Facsimile: 954-765-1477
Email: hirschj@gtlaw.com

John P. Coffey, Esquire
Jonathan M. Wagner, Esquire
Jason M. Moff, Esquire
Jared I. Heller, Esquire
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: 212-715-9100
Facsimile: 212-715-8456
Email: scoffey@kramerlevin.com;
jwagner@kramerlevin.com;
jmoff@kramerlevin.com
jheller@kramerlevin.com

*Counsel for Plaintiffs United Union of Roofers Waterproofers & Allied Works Local Union No. 8*
Joseph E. White , III, Esquire
Lester Rene Hooker, Esquire
SAXENA WHITE, P.A.
Boca Center
5200 Town Center Circle
Suite 601
Boca Raton, FL 33486
Telephone: 561-394-3399
Facsimile: 561-394-3382
Email: jwhite@saxenawhite.com and
lhooker@saxenawhite.com

*Counsel for New Jersey Building Laborers Pension Fund*
Emily Cornelia Komlossy, Esquire
KOMLOSSY LAW, P.A.
2131 Hollywood Boulevard
Suite 408
Hollywood, FL 33020
Telephone: 954-842-2021
Facsimile: 954-416-6223
Email:  eck@komlossylaw.com

*Attorney for Altisource Portfolio Solutions SA*
Darren A. Shuler, Esquire
KING & SPALDING LLP
10712 Avenida Santa Ana
Boca Raton, FL 33498
Telephone: 404-572-2790
Facsimile: 404-572-5139
Email: dshuler@kslaw.com

Michael R. Smith, Esquire
Benjamin Lee, Esquire
KING & SPALDING LLP
1180 Peachtree Street, NE
Atlanta, Georgia
Telephone:  404-572-4600
Email: mrsmith@kslaw.com
and blee@kslaw.com

*Attorney for StoneTurn Group, LLP*
Tucker H. Byrd, Esquire
Scottie N. McPherson, Esqire
BYRD CAMPBELL, P.A.
180 Park Avenue North, Suite 2A
Winter Park, Florida 32789
Telephone: 407-392-2285
Facsimile: 407-392-2286
Email: TByrd@ByrdCampbell.com;
SMcPherson@ByrdCampbell.com
and
John D. Buretta, Esquire (*pro hac vice pending*)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza, 825 Eighth Avenue
New York, NY 10019
Telephone: 212-474-1000
Email: jburetta@cravath.com

*Counsel for University of Puerto Rico Retirement System*
Adam M. Schachter, Esquire
Jarred L. Reiling, Esquire
GELBER SCHACHTER & GREENBERG, P.A.
1221 Brickell Avenue, Suite 2010
Miami, Florida 33131-3224
Telephone: 305-728-0950
Facsimile: 305-728-0951
Email:  aschachter@gsgpa.com
jreiling@gsgpa.com, and efilings@gsgpa.com

*Of Counsel for University of Puerto Rico Retirement System*
Robert C. Finkel, Esquire
Joshua W. Ruthizer, Esquire
Fei-Lu Qian, Esquire
WOLF POPPER LLP
845 Third Avenue
New York, NY 10022
Telephone: 212-759-4600
Facsimile: 212-486-2093
Email: rfinkel@wolfpopper.com;
jruthizer@wolfpopper.com; fqian@wolfpopper.com