# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

|  |  |  |
|---|---|---|
| In re Ocwen Financial Corporation Securities Litigation | )<br>)<br>)<br>) | Case 14-81057 CIV-WPD |

## NOTICE OF SETTLEMENT AND JOINT MOTION TO
## ADJOURN CALENDAR CALL, TRIAL AND OTHER DEADLINES

In accordance with Local Rule 16.2(f)(2) and the Court's March 2, 2016 Order Setting Trial Date & Discovery Deadlines, Referring Case to Mediation & Referring Discovery Motions to United States Magistrate Judge (D.E. 89) (the "March 2016 Scheduling Order"), Plaintiffs Sjunde AP-Fonden and Jay Thren ("Plaintiffs"), and Defendants Ocwen Financial Corporation, William C. Erbey and Ronald M. Faris (collectively, the "Defendants"), by and through their undersigned counsel, hereby notify the Court of settlement of this matter and advise as follows:

1. WHEREAS, the parties to this action have participated in a mediated settlement process resulting in all parties' acceptance on July 19, 2017 of the mediator's recommendation for settlement.

2. WHEREAS, a Calendar Call is scheduled to take place in this matter on July 21, 2017; this matter is scheduled to begin trial as early as July 24, 2017; and the Court has set other impending deadlines for this matter, including a July 21, 2017 deadline for filing proposed voir dire questions and a July 24, 2017 deadline for filing exhibit lists and witness lists.

3. WHEREAS, a proposed settlement of a Rule 23(b)(3) class action, like this one, requires notice to class members, an opportunity for those class members to object, and final approval by the Court after a hearing at which class members may appear and be heard. Fed. R. Civ. P. 23(e) (settlements in class actions require "the court's approval").

4. WHEREAS, to document the proposed settlement for submission to the Court for preliminary approval, the parties must draft a Stipulation and Agreement of Settlement (the "Stipulation") setting forth the terms and conditions of the settlement, the form of class notice, proposed orders, and related documents to be submitted for Court approval. Specifically, the Stipulation will include as exhibits the following documents which are necessary to provide notice of the proposed settlement to the Court-certified class (the "Class") and ultimately effectuate final Court approval of the proposed settlement:

(i)   the proposed Preliminary Approval Order for entry by the Court that will, among other things, grant preliminary approval of the settlement, schedule a final approval hearing, and approve the form and method of providing notice of the settlement to the Class;

(ii)  the detailed Settlement Notice that will be mailed to Class members and their nominees following preliminary approval;

(iii) the Proof of Claim and Release Form to accompany the mailed Settlement Notice that Class members will need to complete and submit in order to be potentially eligible to receive a payment from the settlement proceeds;

(iv)  the Summary Settlement Notice for publication in a national financial newspaper and over an internet newswire service; and

(v)   the proposed Final Judgment for entry by the Court, provided that, after notice to the Class and following the final approval hearing, the Court determines that the settlement is fair, reasonable and adequate such that the Court grants final approval of the settlement and dismisses the action with prejudice.

5.      WHEREAS, the settlement documentation to seek preliminary approval of the settlement and approval of the form and method of notice to the Class will also include Plaintiffs' proposed plan of allocation for the distribution of the settlement proceeds to eligible Class members, which will be set forth in the Settlement Notice mailed to the Class. The drafting of the proposed plan of allocation will be prepared in consultation with Plaintiffs' damages expert.

6.      WHEREAS, in connection with the settlement documentation to seek preliminary approval of the settlement and approval of the form and method of notice to the Class, counsel for Plaintiffs will seek the Court's approval to retain A.B. Data, Ltd., the firm appointed by the Court in connection with the Notice of Pendency mailing, to provide notice of the Settlement to the Class and to administer the settlement.

7.      WHEREAS, paragraph 6(i) of the March 2016 Scheduling Order requires the parties to file a notice of settlement within ten (10) days of the mediation conference, and provides that "[t]hereafter the parties shall forthwith submit an appropriate pleading concluding the case." The parties anticipate that within 21 days, Plaintiffs will be in a position to file a

motion seeking preliminary approval of the settlement, notice to the Class, and a date for the final approval hearing.[1]

8.      WHEREAS, in light of the agreement to settle all claims in this matter, and the anticipated July 21, 2017 calendar call in this action and the anticipated trial set to commence as early as July 24, 2017, the parties jointly request adjournment of the calendar call, trial, and other impending deadlines in this action, pending the filing and disposition of the motion for preliminary approval of the settlement.

9.      Accordingly, for the good cause cited herein, the parties request in the attached [Proposed] Order Granting Joint Motion to Adjourn Calendar Call, Trial and Other Deadlines that the Court adjourn the Calendar Call, Trial, and other deadlines pending the Court's disposition of Plaintiffs' motion for preliminary approval of the settlement, to be filed within 21 days of today.

**WHEREFORE,** in light of the foregoing, the parties respectfully request the Court's entry of the attached [Proposed] Order Granting Joint Motion to Adjourn Calendar Call, Trial and Other Deadlines which has been reviewed, approved, and authorized to be filed by counsel for all parties. Good cause exists to grant the requested relief, which will conserve the time and resources of the parties and this Court and will neither prejudice any party nor unduly burden the Court.

---

[1] Paragraph 10 of the March 2016 Scheduling Order provides that after notifying the Court of the settlement, the parties are to submit a stipulation Order for Dismissal pursuant to Fed. R. Civ. P. 41(a)(1), within 10 days of the notice of settlement. However, under Fed. R. Civ. P. 23(e), a class action may not be voluntarily dismissed by stipulated order under Rule 41, and instead requires court approval under the process set forth in Rule 23(e).

## <u>LOCAL RULE 7.1(a)(3) CERTIFICATION</u>

Pursuant to Local Rule 7.1(a)(3), counsel for Plaintiffs and Defendants certify that they have conferred, consent to the relief requested herein, and jointly request entry of the attached [Proposed] Order Granting Joint Motion to Adjourn Calendar Call, Trial and Other Deadlines.

Dated: July 19, 2017

**SALLAH ASTARITA & COX, LLC**
2255 Glades Road
Suite 300E
Boca Raton, Florida 33431
Telephone: (561) 989-9080
Facsimile: (561) 989-9020

By: */s/ Joshua A. Katz*
Joshua A. Katz
Florida Bar No. 848301
jak@sallahlaw.com
James D. Sallah
Florida Bar No. 92584
jds@sallahlaw.com
Jeffrey L. Cox
Florida Bar No. 173479
jlc@sallahlaw.com

*Liaison Counsel for Class Representatives and the Class*

**KESSLER TOPAZ**
**MELTZER & CHECK LLP**

By: */s/ Sharan Nirmul*
David Kessler (admitted *pro hac vice*)
dkessler@ktmc.com
Lee Rudy (admitted *pro hac vice*)
lrudy@ktmc.com
Sharan Nirmul (admitted *pro hac vice*)

snirmul@ktmc.com

Richard A. Russo (admitted *pro hac vice*)

rrusso@ktmc.com


GREENBERG TRAURIG, P.A.

401 East Las Olas Boulevard, Suite 2000

Fort Lauderdale, Florida 33301

Telephone: (954) 765-0500

Facsimile: (954) 765-1477


*/s/ Jeffrey Allan Hirsch*

JEFFREY ALLAN HIRSCH

Florida Bar No. 199850

Email: hirschj@GTLAW.com

-and-


KRAMER LEVIN NAFTALIS & FRANKEL LLP

1177 Avenue of the Americas

New York, New York 10036

Telephone: (212) 715-9100

Facsimile: (212) 715-8456


*/s/ John P. Coffey*

John P. Coffey

Jonathan M. Wagner

Jason M. Moff


*Attorneys for Defendants*

<u>**CERTIFICATE OF SERVICE**</u>

       I hereby certify that on July 19, 2017, I electronically filed the parties' Notice of Settlement and Joint Motion to Adjourn Calendar Call, Trial and Other Deadlines using the CM/ECF system, which will send electronic notice to counsel of record.

I certify that the foregoing is true and correct.

Executed on July 19, 2017.

                               *s/ Jeffrey Allan Hirsch*
                               Jeffrey Allan Hirsch

<u>**SERVICE LIST**</u>

**IN RE OCWEN FINANCIAL CORPORATION SECURITIES LITIGATION**
**Case 14-81057 CIV-WPD**
_____

***Lead Counsel for Lead Plaintiff AP7 and***
***the Class***
Joshua A. Katz, Esquire
James Sallah, Esquire
Jeffrey Cox, Esquire
SALLAH AST ARITA & COX, LLC
2255 Glades Road, Suite 300E
Boca Raton, Florida 33431
Telephone: 561-989-9080
Facsimile: 561-989-9020
Email: jak@sallahlaw.com
jlc@sallahlaw.com; jds@sallahlaw.com

and

David Kessler, Esquire
Lee Rudy, Esquire
Sharan Nirmul, Esquire, Esquire
Richard A. Russo, Jr. , Esquire
Michelle M. Newcomer, Esquire
Meredith L. Lambert, Esquire
Nathan Hasiuk, Esquire
KESSLER TOPAZ
MELTZER & CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
Facsimile: 610-667-7056
Email:  dkessler@ktmc.com;
lrudy@ktmc.com; snirmul@ktmc.com;
rrusso@ktmc.com; mnewcomer@ktmc.com;
mlambert@ktmc.com; nhasiuk@ktmc.com

Jennifer L. Joost (admitted *pro hac vice*)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: 415-400-3000
Facsimile: 415-400-3001
Email: jjoost@ktmc.com

***Counsel for all Defendants***
Jeffrey Allan Hirsch, Esquire
GREENBERG TRAURIG, P.A.
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, Florida  33301
Telephone: 954-765-0500
Facsimile: 954-765-1477
Email: hirschj@GTLAW.com

John P. Coffey, Esquire
Jonathan M. Wagner, Esquire
Jason M. Moff, Esquire
Jared I. Heller, Esquire
KRAMER LEVIN NAFTALIS & FRANKEL
LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: 212-715-9100
Facsimile: 212-715-8456
Email: scoffey@kramerlevin.com;
jwagner@kramerlevin.com;
jmoff@kramerlevin.com;
jheller@kramerlevin.com

***Counsel for Plaintiffs United Union of Roofers***
***Waterproofers & Allied Works Local Union No.***
***8***

Joseph E. White , III, Esquire
Lester Rene Hooker, Esquire
SAXENA WHITE, P.A.
Boca Center
5200 Town Center Circle
Suite 601
Boca Raton, FL 33486
Telephone:  561-394-3399
Facsimile: 561-394-3382
Email: jwhite@saxenawhite.com and
lhooker@saxenawhite.com

***Counsel for New Jersey Building Laborers
Pension Fund***
Emily Cornelia Komlossy, Esquire
KOMLOSSY LAW, P.A.
2131 Hollywood Boulevard
Suite 408
Hollywood, FL 33020
Telephone: 954-842-2021
Facsimile: 954-416-6223
Email:  eck@komlossylaw.com

***Attorney for Altisource
Portfolio Solutions SA***
Darren A. Shuler, Esquire
KING & SPALDING LLP
10712 Avenida Santa Ana
Boca Raton, FL 33498
Telephone: 404-572-2790
Facsimile: 404-572-5139
Email: dshuler@kslaw.com

Michael R. Smith, Esquire
Benjamin Lee, Esquire
KING & SPALDING LLP
1180 Peachtree Street, NE
Atlanta, GA
Telephone:  404-572-4600
Email: mrsmith@kslaw.com
and blee@kslaw.com

***Counsel for University of Puerto Rico
Retirement System***
Adam M. Schachter, Esquire
Jarred L. Reiling, Esquire
GELBER SCHACHTER & GREENBERG, P.A.
1221 Brickell Avenue, Suite 2010
Miami, Florida 33131-3224
Telephone: 305-728-0950
Facsimile: 305-728-0951
Email:  aschachter@gsgpa.com
jreiling@gsgpa.com, and efilings@gsgpa.com

***Of Counsel for University of Puerto Rico
Retirement System***
Robert C. Finkel, Esquire
Joshua W. Ruthizer, Esquire
Fei-Lu Qian, Esquire
WOLF POPPER LLP
845 Third Avenue
New York, NY 10022
Telephone: 212-759-4600
Facsimile: 212-486-2093
Email: rfinkel@wolfpopper.com
Email : jruthizer@wolfpopper.com
Email: fqian@wolfpopper.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| In re: Ocwen Financial Corporation Securities Litigation | Case 14-81057 CIV-WPD |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO**
**ADJOURN CALENDAR CALL, TRIAL AND OTHER DEADLINES**

THIS CAUSE is before the Court upon receipt of the Parties' Notice of Settlement and Joint Motion to Adjourn Calendar Call, Trial and Other Deadlines, dated July 19, 2017.

The Court has reviewed the motion and is otherwise fully advised of the premises.

Accordingly, it is ORDERED as follows:

1.      The parties have filed notice of settlement of this class action, subject to Court approval under Fed. R. Civ. P. 23(e). Within 21 days of the date of the filing of the Notice of Settlement and Joint Motion to Adjourn Calendar Call, Trial and Other Deadlines, Plaintiffs shall file a motion for preliminary approval of the settlement and supporting papers.

2.      In light of the parties' settlement and the upcoming approval process, the Calendar Call, Trial and other deadlines in this matter are hereby adjourned pending the Court's disposition of Plaintiffs' motion for preliminary approval of the settlement.

DONE AND ORDERED at Fort Lauderdale, Florida, this _____ day of July, 2017.

_____
WILLIAM P. DIMITROULEAS
United States District Judge